# PENNEY, MAIER & WALLACH

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

---

(716) 852-1835

FAX (716) 852-1857

MARK S. WALLACH

CHARLES P. PENNEY
1894 - 1967
THOMAS PENNEY
1896 - 1974
ROBERT E. MAIER
1921 - 2007

January 26, 2010

TO: Creditors of Paul E. Berry, III and Leslie A.
Berry, Debtors
Case No. 08-14755B
United States Bankruptcy Court
Western District of New York



FILED

JAN 27 2010

BANKRUPTCY COURT
BUFFALO, NY

Dear Sir or Madam:

I am the Trustee in the above-named Chapter 7 case.

Enclosed herewith please find your dividend check.
This is the only dividend you should expect to receive in
this case.

Very truly yours,

Mark S. Wallach, Trustee

BY:

Mark S. Wallach, Trustee

MSW:sn

Enclosure

# Claims Proposed Distribution

## Case: 08-14755 BERRY, PAUL E., III

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $2,065.30 | Total Proposed Payment: | $2,065.30 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MARK S. WALLACH <2200-00 Trustee Expenses> | Admin Ch. 7 | 5.32 | 5.32 | 0.00 | 5.32 | 5.32 | 2,059.98 |
| | MARK S. WALLACH <2100-00 Trustee Compensation> | Admin Ch. 7 | 625.08 | 625.08 | 0.00 | 625.08 | 625.08 | 1,434.90 |
| | PENNEY, MAIER & WALLACH <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 9.20 | 9.20 | 0.00 | 9.20 | 9.20 | 1,425.70 |
| | PENNEY, MAIER & WALLACH <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 335.00 | 335.00 | 0.00 | 335.00 | 335.00 | 1,090.70 |
| 1 | TARGET NATIONAL BANK | Unsecured | 3,520.57 | 3,520.57 | 0.00 | 3,520.57 | 106.82 | 983.88 |
| 2 | TARGET NATIONAL BANK | Unsecured | 279.55 | 279.55 | 0.00 | 279.55 | 8.48 | 975.40 |
| 3 | TARGET NATIONAL BANK | Unsecured | 137.06 | 137.06 | 0.00 | 137.06 | 4.16 | 971.24 |
| 4 | Chase Bank USA,N.A | Unsecured | 1,210.42 | 1,210.42 | 0.00 | 1,210.42 | 36.72 | 934.52 |
| 5 | eCAST Settlement Corporation assignee of HSBC Bank Nevada.. | Unsecured | 11,249.04 | 11,249.04 | 0.00 | 11,249.04 | 341.28 | 593.24 |
| 6 | Roundup Funding, LLC | Unsecured | 860.67 | 860.67 | 0.00 | 860.67 | 26.11 | 567.13 |
| 7 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 762.97 | 762.97 | 0.00 | 762.97 | 23.15 | 543.98 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 2,086.90 | 2,086.90 | 0.00 | 2,086.90 | 63.31 | 480.67 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 4,306.83 | 4,306.83 | 0.00 | 4,306.83 | 130.66 | 350.01 |
| 10 -2 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 3,789.07 | 3,789.07 | 0.00 | 3,789.07 | 114.95 | 235.06 |
| 11 | GE Money Bank dba Lincoln Mercury/GEMB | Unsecured | 1,896.08 | 1,896.08 | 0.00 | 1,896.08 | 57.52 | 177.54 |
| 12 | HSBC Bank Nevada, N.A. | Unsecured | 224.12 | 224.12 | 0.00 | 224.12 | 6.80 | 170.74 |
| 13 | GE Money Bank dba Old Navy Visa Card | Unsecured | 4,329.80 | 4,329.80 | 0.00 | 4,329.80 | 131.36 | 39.38 |
| 14 | GE Money Bank dba JCPenney Credit Services | Unsecured | 1,297.94 | 1,297.94 | 0.00 | 1,297.94 | 39.38 | 0.00 |

# Claims Proposed Distribution
## Case: 08-14755   BERRY, PAUL E., III
Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $2,065.30 | Total Proposed Payment: | $2,065.30 | | Remaining Balance: | $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 08-14755 : | | $36,925.62 | $36,925.62 | $0.00 | $36,925.62 | $2,065.30 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $974.60 | $974.60 | $0.00 | $974.60 | 100.000000% |
| Total Unsecured Claims : | $35,951.02 | $35,951.02 | $0.00 | $1,090.70 | 3.033850% |